[No. 19422–4–I.   Division One.   January 17, 1989.]

GREGORY R. MCDONALD, ET AL, *Appellants,* v. THE SECOND AMENDMENT FOUNDATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–12615–6, Frank D. Howard, J., entered October 8, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Scholfield, J.

[No. 21849–2–I.   Division One.   January 17, 1989.]

*In the Matter of the Estate of*
BERTHA MARGARET SCOTT.

ROBERT W. FRY, *as Executor,* ET AL, *Appellants,* v. LOIS BEVERLY MANTHEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–4–03388–3, Susan R. Agid, J., entered May 11, 1987. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Pekelis, JJ.

[No. 20963–9–I.   Division One.   January 17, 1989.]

EFRAM Z. AGRANOFF, ET AL, *Respondents,* v. RICHARD H. TOYER, ET AL, *Appellants,* DICK SCHROEDL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03149–9, David A. Nichols, J., entered September 3, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Winsor, J., and Williams, J. Pro Tem.